CHARLES S. HOCHBAUM
ATTORNEY-AT-LAW

Crimdefemd@aol.com

16 Court Street                                                Tel 718-855-4800
Suite 1800                                                     fax 718-855-4877
Brooklyn, NY 11241


October 30, 2013

Hon . P. Crotty
United States District Court
Southern District of NY
500 Pearl Street
New York, NY 10007


Re: USA v Lewis Allen
    11-cr-596

Your Honor,

    The above matter is scheduled for sentence before you on November 6, 2013

    I am requesting an adjournment of this sentence to a date convenient to the court before December 19, 2013.

    On that day I will be actually engaged in pre trial hearings on People v Carlos Barros in the Supreme Court , Kings County

    Thank you for your consideration of this request.


                                                       Respectfully,


                                                       CHARLES S. HOCHBAUM