CHARLES S. HOCHBAUM
ATTORNEY-AT-LAW
Crimdefemd@aol.com

| | |
|---|---|
| 16 Court Street | Tel 718-855-4800 |
| Suite 1800 | Fax 718-855-4877 |
| Brooklyn, NY 11241 | |

December 9, 2013

Hon P. Crotty
United States District Court
Southern District of NY
500 Pearl Street
New York, NY 10007

Re: USA v Lewis Allen
    11-cr-590

Your Honor,

    The above matter is scheduled for sentence before you on December 12, 2013

    I am requesting an adjournment of this sentence to finish my presentence submission.

    I have discussed this with Ausa Kasulis and he has no objection to this request.

    I am requesting a date after January 7 2014.

    I apologize in advance for the continued delay in this sentence and any inconvenience the court has undergone.

                                                             Respectfully,

                                                             CHARLES S. HOCHBAUM