**Criminal Notice of Appeal - Form A**

```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
     NOTICE OF APPEAL    DOC #: _____
                    DATE FILED: JAN 27 2014
```

**United States District Court**

Southern District of New York

Caption:

USA

v.

Lewis Allen

Docket No.: 11 CR 569

PAUL A CROTTY
(District Court Judge)

Notice is hereby given that __Lewis Allen__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____
(specify)

entered in this action on __1/15/14__
(date)

This appeal concerns: Conviction only [ ]  Sentence only [✓]  Conviction & Sentence [ ]  Other [ ]

Defendant found guilty by plea [✓] trial [ ]  N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: __1/14/14__  N/A [ ]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel?  Yes [✓]  No [ ]  If yes, provide the following information:

Defendant's Counsel: Charles Hochbaum (CJA counsel)

Counsel's Address: 16 Court Street, Brooklyn, NY

Counsel's Phone: 718-855-4800

Assistant U.S. Attorney: Telemachis Kasulas

AUSA's Address: 1 St. Andrew's Plaza, NY, NY

AUSA's Phone: 212-637-2200

Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                                        NOTICE OF APPEAL
                                                                        11 CR 569 (PAC)
                                                                       ECF CASE

LEWIS ALLEN
                                  Defendant
----------------------------------------------------------------------X
SIRS:

     PLEASE TAKE NOTICE that the defendant, LEWIS ALLEN hereby appeals to the UNITED STATES COURT OF APPEALS, 2ND CIRCUIT, from the judgment of conviction entered against him on January 15 2014 by the Honorable Paul Crotty , Judge of the United States District Court, Southern District of New York and said defendant appeals from each and every part of said judgment of conviction and sentence thereon, as well as from the whole thereof.

Dated: Brooklyn, New York
January 23, 2014

                                                             Yours, etc.

                                                             CHARLES S. HOCHBAUM, ESQ.
                                                             CJA Counsel
                                                             ATTORNEY FOR DEFENDANT
                                                             16 Court Street Suite 1800
                                                             Brooklyn, New York 11241

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2014